UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL J. O'CONNELL, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) No. 4:04-CV-93 (CEJ) |
| | ) |
| S&J MECHANICAL CONTRACTORS, INC. | ) |
| | ) |
| Defendant. | ) |

### ORDER OF DISMISSAL

Plaintiffs having filed a notice of dismissal before service by defendant of an answer or motion for summary judgment,

**IT IS HEREBY ORDERED** that this matter is dismissed, without prejudice, pursuant to Rule 41(a), Fed.R.Civ.P.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 21st day of May, 2004.